[No. 33266-0-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE R. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-02410-3, Ricardo S. Martinez, J., entered August 18, 1993. *Dismissed* by unpublished per curiam opinion.


[No. 33268-6-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TUAN CONG NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07718-0, Ricardo S. Martinez, J., entered August 6, 1993. *Affirmed* by unpublished per curiam opinion.


[No. 33785-8-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LOVELESS JULE GOODEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01616-2, Deborah Fleck, J., entered October 18, 1993. *Dismissed* by unpublished per curiam opinion.


[No. 34794-2-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DANIEL KNEZEVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04899-4, Faith Enyeart Ireland, J., entered May 31, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.